JAMES MILLER, Respondent, v. C. AMORY STEVENS, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.